Case Name: LAWSON, MARK E.
                  LAWSON, SHEILA M.
Case No:     05-70423

# **CERTIFICATION OF REVIEW**

      The U.S. Trustee has reviewed the Trustee's Final Report, Request for Compensation and Proposed Distribution in the above-entitled case.

Dated: December 23, 2008          WILLIAM T. NEARY
                                              United States Trustee, Region 11

                              BY:    */s/ Carole J. Ryczek*
                                          CAROLE J. RYCZEK
                                          Attorney for the U.S. Trustee