# IN THE UNITED STATES BANKRUPTCY COURT
# FOR THE NORTHERN DISTRICT OF ILLINOIS
# WESTERN

IN RE:
LAWSON, MARK E
LAWSON, SHEILA M

CHAPTER 7 -- Liquidation

CASE NO. 05-70423 MB

Debtor(s)

HONORABLE MANUEL BARBOSA

Social Security/Employer Tax ID Number: xxx-xx-9666

**NOTICE OF FILING OF THE TRUSTEE'S FINAL REPORT, HEARING ON APPLICATIONS FOR COMPENSATION, (AND HEARING ON THE ABANDONMENT OF PROPERTY BY THE TRUSTEE)**

TO the Debtor(s), Creditors, and other Parties in Interest:

1. NOTICE IS HEREBY GIVEN that the Trustee's Final Report has been filed and a hearing will be held

   At: U.S. BANKRUPTCY COURT
   211 South Court Street, Room 220
   Rockford, IL  61101

   on: JANUARY 21, 2009
   at: 9:30 a.m.

2. The hearing will be held for the purpose of examining the Trustee's Final Report, ruling on any objections to the Final Report, ruling on applications for compensation and expenses, and transacting such other business as may be properly noticed before the Court.  ATTENDANCE BY THE DEBTOR AND CREDITORS IS WELCOMED BUT IS NOT REQUIRED.

3. The following applications for compensation have been filed:

| APPLICANT | COMPENSATION PREVIOUSLY PAID | FEES NOW REQUESTED | EXPENSES |
|---|---|---|---|
| BERNARD J. NATALE, LTD. Trustee's Firm Legal | $ 0.00 | | 22.13 |
| BERNARD J. NATALE, LTD. Trustee's Firm Legal | $ 0.00 | 1,704.50 | |
| BERNARD J. NATALE Trustee | $ 0.00 | 7,375.01 | |

4. The Trustee's Final Report shows total:

   a. Receipts                                  $      315,729.01

   b. Disbursements                             $            0.00

   c. Net Cash Available for Distribution       $      315,729.01

5. In addition to the fees, compensation and expenses that may be allowed by the Court, liens, priority claims, secured claims, and court costs which must be paid in advance of general unsecured creditors have been allowed in the amount of $0.00.  Assuming that all fees, compensation and expenses are allowed in the

      amounts requested, this leaves the total amount of $306,627.37, to be distributed to the general unsecured creditors whose claims have been allowed. The total amount of unsecured claims which will share in the distribution is $39,868.98, resulting in an approximate distribution of 100.00% to unsecured creditors, plus interest.

6.     The debtor has been discharged.

7.     The Trustee proposed to abandon the following property at the hearing:

    See assets described as property to be abandoned at case closing in Form 1 attached as Exhibit B.

DATE:   December 22, 2008           For the Court,

                                                  By: /s/ BERNARD J NATALE

                                                  Trustee

# CERTIFICATE OF NOTICE

```
District/off: 0752-3          User: lorsmith              Page 1 of 1           Date Rcvd: Dec 24, 2008
Case: 05-70423                Form ID: pdf002             Total Served: 26
```

The following entities were served by first class mail on Dec 26, 2008.
```
db         +Mark E Lawson,   211 Washington St,    P O Box 142,    Ridott, IL 61067-0142
jdb        +Sheila M Lawson,   211 Washington St,    P O Box 142,    Ridott, IL 61067-0142
aty        +Michael Rabbitt,    Haime Woodworth & Associates PC,    6180 East State Street,
             Rockford, IL 61108-3013
tr         +Bernard J Natale,    Bernard J. Natale, Ltd.,    6833 Stalter Drive,    Suite 201,
             Rockford, IL 61108-2582
8910813     Bank One,    P.O. Box 15548,    Wilmington, DE 19886-5548
8910814    +Beneficial-Household Finance,     P.O.B. 6985,    Bridgewater, NJ 08807-0985
8910815    +Blackhawk State Bank,    400 Broad Street,    Beloit, WI 53511-6223
8910816     Capital One,    P.O. Box 85167,    Richmond, VA 23285-5167
8910817    +Card Processing Center,    P.O. Box 9204,    Old Bethpage, NY 11804-9004
8910818     Cardmember Service,    P.O. Box 15299,    Wilmington, DE 19850-5299
9505548    +Chase Bank USA, N.A.,    Attn: Recovery Payment,    500 White Clay Center Dr.,
             Newark, DE 19711-5469
8910820     Chase Manhatten,    P.O. Box 15902,    Wilmington, DE 19850-5902
8910819    +Chase Manhatten,    3415 Vision Drive,    Columbus, OH 43219-6009
9409277    +ChaseManhttnBankUSA,NA as successor in interest to,    Bank One Delaware, NA,
             c/o Weinstein & Riley, P.S.,    2101 4th Ave., Suite 900,    Seattle, WA 98121-2339
8910822     FUSA NA,    900 N. Market Street,    Wilmington, DE 19801
8910823     GMAC,    200 N. Executive Drive,    Brookfield, WI 53005
10726629   +Household Finance Corp/Beneficial,    eCast Settlement Corp,    POB 35480,    Newark, NJ 07193-5480
10864344    Household Finance Corporation/Beneficial,    by eCAST Settlement Corporation,    as its agent,
             POB 35480,    Newark NJ 07193-5480
9548503    +Kohl's Dept Store,    c/o Creditors Bankruptcy Service,    P.O. Box 740933,    Dallas, TX 75374-0933
8910824    +Kohl's Dept Store c/o Creditors Bank. Service,    P.O. Box 740933,    Dallas, TX 75374-0933
9406918    +Marshall Field,    111 Boulder Industrial Dr,    Bridgeton, MO 63044-1241
8910825    +Marshall Field's,    P.O. Box 1327,    Minneapolis, MN 55440-1327
8910826     Menard's,    Retail Services,    P.O. Box 15521,    Wilmington, DE 19850-5521
8910827     Merchants & Medical Credit Corporation,    6324 Taylor Drive,    Flint, MI 48507-4685
```

The following entities were served by electronic transmission on Dec 24, 2008.
```
8910821      E-mail/PDF: mrdiscen@discoverfinancial.com Dec 25 2008 00:15:44     Discover,   P.O. Box 30395,
              Salt Lake City, UT 84130-0395
12809237     E-mail/PDF: mrdiscen@discoverfinancial.com Dec 25 2008 00:15:44
              Discover Bank/DFS Services LLC,   PO Box 3025,   New Albany, OH 43054-3025
                                                                                              TOTAL: 2
```

```
             ***** BYPASSED RECIPIENTS (undeliverable, * duplicate) *****
aty*        +Bernard J Natale,    Bernard J. Natale, Ltd.,    6833 Stalter Drive,    Suite 201,
             Rockford, IL 61108-2582
                                                                                             TOTALS: 0, * 1
```

Addresses marked '+' were corrected by inserting the ZIP or replacing an incorrect ZIP.
USPS regulations require that automation-compatible mail display the correct ZIP.

**I, Joseph Speetjens, declare under the penalty of perjury that I have served the attached document on the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 9): Pursuant to Fed. R. Bank. P. 2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

**Date: Dec 26, 2008**            **Signature:** *Joseph Speetjens*